# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JON GALANTE,

        Petitioner

        v.

UNEMPLOYMENT COMPENSATION
BOARD OF REVIEW,

        Respondent

: No. 415 WAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.